1 | MICHAEL D. ROTH (SBN 217464)
    *mroth@kslaw.com*
2 | LENNETTE W. LEE (SBN 263023)
    *llee@kslaw.com*
3 | SAMUEL C. CORTINA (SBN 310778)
    *scortina@kslaw.com*
4 | **KING & SPALDING LLP**
    633 West Fifth Street, Suite 1600
5 | Los Angeles, California 90071
    Telephone: +1 213 443 4355
6 | Facsimile: +1 213 443 4310

7 | Attorneys for Defendant
    CONVERSE, INC.
8 |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| RANDALL ALLEN, individually and on behalf of all those similarly situated, | Case No. 2:25-cv-03826 |
|---|---|
| Plaintiff, | **JOINT NOTICE OF SETTLEMENT (L.R. 16-15.7)** |
| v. | |
| CONVERSE, INC., | |
| Defendant. | |

In accordance with Local Civil Rule 16-15.7, Plaintiff Randall Allen ("Plaintiff") and Defendant Converse, Inc. ("Converse") jointly notify the Court that they have reached an agreement in principle to settle this action. The parties are in the process of formalizing a Confidential Settlement Agreement and Release and anticipate Plaintiff will file a dismissal with prejudice of this case within 21 days from the date of this notice, by August 18, 2025.

Respectfully submitted,

Dated: July 28, 2025   **LAW OFFICES OF JIBRAEL S. HINDI**

By: */s/ Gerald D. Lane Jr.*
GERALD D. LANE JR.
Attorney for Plaintiff
RANDALL ALLEN

Dated: July 28, 2025   **KING & SPALDING LLP**

By: */s/ Michael D. Roth*
MICHAEL D. ROTH
Attorney for Defendant
CONVERSE, INC.

# ATTESTATION

Pursuant to Civil L.R. 5-4.3.4(a)(2)(i), I hereby attest that all signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 28, 2025

**KING & SPALDING LLP**

By: */s/ Michael D. Roth*
MICHAEL D. ROTH
LENNETTE W. LEE
SAMUEL C. CORTINA
Attorneys for Defendant
CONVERSE, INC.