Gerald D. Lane Jr., CA # 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**RANDALL ALLEN,**
*individually and on behalf of all those similarly situated,*

      Plaintiff,

    vs.

**CONVERSE INC**,

      Defendant.

Case No.: **2:25-cv-03826-SVW-SK**

**Magistrate Judge Steve Kim**

**NOTICE OF VOLUNTARY DISMISSAL**

**WITH PREJUDICE**

Plaintiff Randall Allen, individually, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *with* Prejudice of the above-styled action. Defendant has not filed an answer or a motion for summary judgment in this proceeding.

Dated: 8/7/2025

Respectfully Submitted,

/s/ Gerald D. Lane, Jr.
**GERALD D. LANE, JR., ESQ.**
California Bar No.: 352470
E-mail: gerald@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street
Wilton Manors, FL 33305
Phone: (754) 444-7539

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 8/7/2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

/s/ Gerald D. Lane, Jr.
GERALD D. LANE, JR., ESQ.
California Bar No.: 352470